**95  WELLING vs. CIRCUIT JUDGE (Antrim), No. 13287½.**

To quash a writ of attachment.

Order to show cause denied January 18, 1893.

The motion to quash was based upon an affidavit, alleging that the real estate attached was the property of defendant's wife, having been conveyed to her by defendant; that at the time of

its conveyance the property was defendant's homestead; that defendant had no property in Antrim County, and therefore the court was without jurisdiction.